IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM CHASE DEASON,**

                                                    **Case No. 5:23-cv-00047-MW-MJF**

      Plaintiff,

v.

**OUTLAW RENTALS, INC.;**
**CLASSY CYCLES, INC.; and**
**COLLEEN SWAB,**

      Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Outlaw Rentals, Inc.; Classy Cycles, Inc.; and Colleen Swab ("Defendants"), respectfully move for an extension of time up to and including April 12, 2023, to respond to Plaintiff's Complaint, and state the following in support:

1.    On February 27, 2023, Plaintiff filed the Complaint (Doc. 1).

2.    On March 8, 2023, the Defendants were served with the Complaint, making the response deadline March 28, 2023.

3.    Defendants only recently retained counsel in this matter.

4. Defendants and their counsel are in the process of reviewing Defendants' files to formulate an appropriate response to the Complaint. However, due to the recency of the undersigned's retention, Defendants and their counsel respectfully request additional time to allow them to complete this process.

5. Defendants have conferred with Plaintiff's counsel about an extension of time to respond to the Complaint and Plaintiff has no objection.

## MEMORANDUM OF LAW

The Court may grant an enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). Defendants' request for an extension is made in good faith and does not prejudice Plaintiff. In fact, Plaintiff agrees to the proposed extension. Permitting the extension will enable Defendants to develop a response to the allegations in the Complaint following analysis of the relevant files and possibly discuss early resolution of the case. For these reasons, Defendants request that the Court extend the deadline to respond to the Complaint.

## **LOCAL RULE 7.1(C)CERTIFICATION**

Defendants certify that they have conferred with Plaintiff's counsel regarding this motion and that Plaintiff does not oppose the requested relief.

WHEREFORE, Defendants, Outlaw Rentals, Inc.; Classy Cycles, Inc.; and Colleen Swab, respectfully requests an extension of time up to and including April 12, 2023, to respond to Plaintiff's Complaint.

Dated this 28th day of March, 2023.

        Respectfully submitted,

        SPIRE LAW, PLLC
        2572 W. State Road 426, Suite 2088
        Oviedo, Florida 32765

        By: */s/ Jesse I. Unruh*
        Jesse I. Unruh, Esq.
        Florida Bar No. 93121
        jesse@spirelawfirm.com
        marcela@spirelawfirm.com
        filings@spirelawfirm.com
        Attorneys for Defendants | Outlaw Rentals, Inc.; Classy Cycles, Inc.; and Colleen Swab

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2023., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Bradley S. Odom, Esq. ODOM LAW GROUP, P.A., 1800 North "E" Street, Pensacola, Florida 32501, Telephone ((850) 434-3527, email@odomlawgroup.net.

*/s/ Jesse I. Unruh*
Attorney